Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Shirley Goodheart
Debtor

Case No.: 00–39526–DHS
Chapter 13

Shirley Goodheart
Plaintiff

v.

Carmen Maggio
Defendant

Adv. Proc. No. 06–01654–DHS                         Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on September 6, 2006, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 21 – 5
Opinion (related document:[5] Motion to Dismiss Case re: for failure to state a claim pursuant to Fed. R. Bankr. P. 7012(b) filed by Defendant Cole Schotz, Defendant Carmen Maggio).. The following parties were served: Plaintiff, Plaintiff's Attorney and Defendant. Signed on 9/6/2006 (zlh, )

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 6, 2006
JJW: zlh

James J. Waldron
Clerk